UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BOBBY RALEIGH,

    Petitioner,

v.                                                                                                CASE NO. 6:07-cv-37-Orl-19KRS

JAMES R. MCDONOUGH, et al.,

    Respondents.

## ORDER

This case is before the Court pursuant to a petition for writ of habeas corpus (Doc. No. 13, filed May 4, 2007) filed by a death-sentenced prisoner in state custody and the following matters:

    (1)    The **Clerk of the Court** shall reopen this administratively closed case.

    (2)    Petitioner's habeas petition is 141 pages in length, contains argument along the lines of a memorandum of law, and far exceeds the twenty-five pages permitted by Local Rule 3.01(c). *Thereon it is **ORDERED** that the petition (Doc. No. 13) is **STRICKEN**, shall be returned to counsel for Petitioner, and shall be removed from the record by the Clerk of the Court.*

Accordingly, not later than **NINETY (90) DAYS** from the date of this Order, Petitioner shall refile his habeas corpus petition on the habeas corpus form provided as an attachment to this Order by the Clerk. To the extent that the form includes inadequate space to list all the claims asserted by Petitioner, he may append additional pages to the

form to set forth the additional claims. However, the form and appended pages shall not exceed **FORTY (40) PAGES** in length.

In addition, within this same period of time, Petitioner may file a separate memorandum of law in support of his amended habeas petition. However, the memorandum of law shall not exceed **SEVENTY-FIVE (75) PAGES** in length. The memorandum of law shall also include a table of contents and a table of citations, which will not be included in the seventy-five pages.

Petitioner shall also provide the Clerk with one (1) additional copy of the revised petition and memorandum of law for each named Respondent. **This case will be dismissed without further notice if Petitioner fails to file the amended petition within this time period.**

(3)   Petitioner's memorandum of law (Doc. No. 14) is 42 pages in length, exceeding the twenty-five pages permitted by Local Rule 3.01(c). *Thereon it is* **ORDERED** *that the memorandum (Doc. No. 14) is* **STRICKEN**, *shall be returned to counsel for Petitioner, and shall be removed from the record by the Clerk of the Court.*

**DONE AND ORDERED** at Orlando, Florida this __25th__ day of May, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 5/25
Counsel of Record